# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RONITA WADE,** ) | |
|    Plaintiff, ) | |
| ) | |
| **v.** ) | **CIVIL ACTION 2:19-00623-KD-MU** |
| ) | |
| **DARRIO MELTON,** ) | |
|    Defendant. ) | |

## JUDGMENT

In accordance with the verdict of the jury, issued September 29, 2021, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Ronita Wade and against Defendant Darrio Melton, in the amount of $50,000.

**DONE** and **ORDERED** this the **1st** day of **October 2021**.

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**